IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN - 8 2007

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DIANA ALCALA and<br>RICHARD RODRIGUEZ | § § § | |
| v. | § | CIVIL ACTION NO. B-06-177 |
| CARDINAL HEALTH, INC.;<br>CARDINAL HEALTH DISTRIBUTION,<br>INC.; CARDINAL HEALTH 109, INC.;<br>BABATUNDE OYEDIRAN; and<br>MARIBEL ALFARO | § § § § § § | |

## OPINION & ORDER

BE IT REMEMBERED that on January __, 2007, the Court **DISMISSED** as moot Defendants' Motion for Leave to File Sur-Reply In Opposition to Plaintiffs' Motion to Remand. Dkt. No. 12.

In its Opinion & Order of January 5, 2007, this Court granted Plaintiffs' Motion to Remand and remanded this case to state court. Dkt. No. 14. Therefore, Defendants' sur-reply is unnecessary and cannot impact the Court's decision.

Based on the foregoing, the Court **DISMISSES** as moot Defendants' Motion for Leave to File Sur-Reply In Opposition to Plaintiffs' Motion to Remand, Dkt. No. 12, and **STRIKES** Defendants' Sur-Reply In Opposition to Plaintiffs' Motion to Remand, Dkt. No. 13.

DONE at Brownsville, Texas, this __ day of January, 2007.

Hilda G. Tagle
United States District Judge